812 P.2d 235

**Re STATE of Arizona**

**v.**

**Clyde Lee RABUN and Mary Ann Dice.**

**No. CR–91–0058–PR.**

Supreme Court of Arizona.

June 4, 1991.

ORDER

Petition for Review by the Supreme Court—DENIED.

FELDMAN, V.C.J., voted to grant review.

CORCORAN, J., recused himself and did not participate in the determination of this matter.